COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Charles H. Fowler v. The State of Texas

Appellate case number:    01-12-00300-CR

Trial court case number:  1326997

Trial court:                       263rd District Court of Harris County

On May 21, 2013, appellant, Charles H. Fowler, filed a "motion for extension of time within which to file motion for en banc reconsideration." We deny the motion.

We issued our judgment in this case on February 21, 2013, making March 8, 2013 the deadline for filing a motion for rehearing, including a motion for reconsideration en banc. *See* TEX. R. APP. P. 49.1, 49.7; *see also id.* 49.7 cmt. to 2008 change (stating that motion for reconsideration en banc is treated as motion for rehearing). Appellant timely filed a motion for rehearing on March 7, 2013. We denied the motion on May 8, 2013. Because we did not modify or vacate our judgment or issue a different opinion, the rules do not authorize any further motions for rehearing. *See* TEX. R. APP. P. 49.5. Further, because a motion for reconsideration en banc is treated as a motion for rehearing, the provision stating that a motion for reconsideration en banc may be filed within 15 days after the denial of a party's last timely filed motion for rehearing or en banc consideration "when permitted" does not authorize appellant's motion, because such a motion is not "permitted" under rule 49.5. *See* TEX. R. APP. P. 49.5, 49.7, 49.7 cmt. to 2008 change. Therefore, appellant's motion, which was filed 89 days after we issued our judgment, was not timely. *See* TEX. R. APP. P. 49.8 (requiring that motion for extension be filed no later than 15 days after last date for filing motion for rehearing or en banc reconsideration).

Accordingly, we deny appellant's motion.

It is so ORDERED.

Judge's signature: /s/ Jim Sharp_____
                              ☑ Acting individually     ☐ Acting for the Court

Date:  June 5, 2013_____